UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN P. EVANKO BAARS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No: 2:12-cv-01914-GMN-CWH<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for Award of Equal Access to Justice Act Attorney Fees and Expenses Fees Pursuant to 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920 (Stipulation), IT IS HEREBY ORDERED that attorney's fees under the Equal Access to Justice Act in the amount of five thousand, eight hundred and thirty-two dollars and thirty-eight cents ($5,832.38) as authorized by 28 U.S.C. § 2412(d); and four hundred and ten dollars in costs under Taxation of Costs, 28 U.S.C. § 1920, are awarded subject to the terms and conditions of the Stipulation.

**IT IS FURTHER ORDERED** that in light of the parties' Stipulation (ECF No. 26), Plaintiff's Motion for EAJA Fees and Costs (ECF No. 25) is hereby **DENIED as moot**.

**IT IS SO ORDERED** this 3rd day of December, 2013.

_____
Gloria M. Navarro
United States District Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).